**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CURTIS C. PHILLIPS JR.,                    :    No. 418 MAL 2017
                                           :
                          Petitioner       :
                                           :
                                           :    Petition for Allowance of Appeal from
                                           :    the Order of the Superior Court
              v.                           :
                                           :
                                           :
                                           :
ERIC K. DOWDLE, ESQUIRE,                   :
                                           :
                          Respondent       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.